## WINONA PAPER COMPANY
### V.
## W. O. TAYLOR COMPANY.

*Assignment—Delay in Presenting Claim—Excuse—Order—Appeal— Bill of Exceptions.*

This court affirms an order of the County Court allowing a claim against an insolvent estate, what purports to be a bill of exceptions being substantially defective.

[Opinion filed December 18, 1888.]

APPEAL from the County Court of Cook County; the Hon. RICHARD PRENDERGAST, Judge, presiding.

Messrs. FLOWER, REMY & HOLSTEIN and HARRISON MUSGRAVE, for appellant.

Messrs. MOSES & NEWMAN, for appellees.

GARY, J.  It is an agreeable reflection in affirming the judgment in this case upon a technicality, that no injustice is done, and that the Merchants National Bank of Chicago, who are the parties beneficially interested in sustaining the action of the County Court, are in competition with the other creditors of the appellees, upon the same footing as to equities.

The appellees made a voluntary assignment of their effects for the benefit of their creditors, and the estate was being administered in the County Court, under Chap. 72, R. S. 1872. The bank presented a claim which was opposed by other creditors, upon the ground that it was not presented in time.  The court held the excuse for delay sufficient and allowed the claim, the justice of which is not questioned.  Whether the County Court did right or wrong in excusing the delay, is a question this court is not called upon to decide, as no exception was taken in the County Court by the appellants.  What purports to be a bill of exceptions has a formal commencement, "That on the hearing of the petition of the bank," etc., and recites the testimony of a witness, the protest of the attorneys of the bank against any bill of exceptions being signed, and then follows:  "As the above matters do not appear on record this bill of exceptions is tendered, and it is prayed that the same may be signed," etc.  Who tenders, and who prays?  There is no statement that the testimony recited was the whole evidence, or that anybody objected, much less excepted, to anything the court did.

The judgment is affirmed.

*Judgment affirmed.*